July 30th, 2024

In re: C.A. No. 24-1315

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 08 2024

FILED_____
DOCKETED_____
DATE    INITIAL

Dear Clerk,

Please file the enclosed motion for judicial notice & correspondence with opposing counsel in the above-numbered cause, on appeal of the district court's denial of habeas relief on June 7th, 2024.

Respectfully submitted,

MAHSA PARVIZ
Petitioner-Appellant

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

MAHSA PARVIZ,
   Petitioner-Appellant,

v.

H. BARRON & C. PETERS,
   Respondents-Appellees.

No. 24-1315

D.C. No. 2:23-cv-01407-JHC-DWC
(Western Dist. of WA)

MOTION FOR JUDICIAL NOTICE UNDER FRE 201

COMES NOW, Appellant MAHSA PARVIZ, and respectfully requests this Court take judicial notice of the district court docket in the above-numbered cause pursuant to Federal Rule of Evidence 201. Appellant requests this Court take judicial notice of the most recent docket entries which reflect a lack of service on Appellant.

DATED: July 30th, 2024

Respectfully submitted,

[signature]

MAHSA PARVIZ (#54652509)
℅ FCI Tallahassee
P.O. Box 5000
Tallahassee, FL 32314

Petitioner-Appellant

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: TAL-C-S

---

FROM: 54652509
TO: Davidson, Sonia; Parvis, Shamsi
SUBJECT: LYNDSIE.R.SCHMALZ@USDOJ.GOV
DATE: 07/30/2024 11:36:00 AM

Dear Mrs. Schmalz,

I just wanted to update you on the status of the 2:23-cv-01407-jhc-dwc appeal. Last night, I mailed you and the appellate court a FRAP 23(b)(2) Motion for Custodial Transfer to the BOP-approved sober living house in Los Angeles (incorporated the 1st motion by reference). On June 12, 2024, BOP staff at FCI Tallahassee recommended 12 months at the Cornerstone House under the Second Chance Act and recommended application of my earned FTCs (per BOP, 220 days - all still processing). I was not able to participate in the FIT program, for which I was transferred from WA to FL, as I did not have enough time left on my sentence. Please let me know your position on this custodial transfer and if you would be willing to expedite this custodial transfer. I am quite confident I'll secure a reversal on appeal since the docket reflects I had no notice of the R&R & couldn't raise objections before it was adopted by Judge Chun & this would prejudice my ability to raise successive claims in another habeas. BaDonna Jarvis, Esq. is the Cornerstone House program director and they have availability for me right now: badonna.wattsupcdc@gmail.com.

Thanks,
Mahsa Parviz