UNITED STATES COURT OF APPEALS

IN AND FOR THE NINTH CIRCUIT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
AUG 15 2024
FILED
DOCKETED
DATE
INITIAL

MAHSA PARVIZ,
Petitioner-Appellant,

v.

H. BARRON & C. PETERS,
Respondents-Appellees.

No. 24-1315

D.C. No. 2:23-cv-01407-JHC-DWC
(Western Dist. of Washington, Seattle)

MOTION FOR STAY OF MANDATE UNDER FRAP 41(d)

COMES NOW, Appellant MAHSA PARVIZ, and files this Motion for Stay of Mandate for 90 days pursuant to FRAP 41(d), to allow Appellant to determine whether to file, and to potentially prepare and file a Petition for Writ of Certiorari.

Appellant provides notice of intent to seek Certiorari review notwithstanding that Certiorari petition has yet to be filed, and identifies her substantial question of whether the magistrate judge exceeded the authority granted under 28 U.S.C. § 636(b)(3) when issuing the Order challenged on appeal because Appellant did not explicitly consent to her 28 USC § 2241 habeas petition being handled by a magistrate; the magistrate's "final and independent determination of fact or law" necessitates consent, particularly where such determinations are not afforded de novo review by the district judge. See United States v. Rivera-Guerrero, 377 F.3d 1064 (9th Cir. 2004); United States v. Gomez-Lepe, 207 F.3d 623, 628-29 (9th Cir. 2000).

DATED: August 2, 2024

Respectfully submitted,
MAHSA PARVIZ

TRULINCS 54652509 - PARVIZ, MAHSA - Unit: TAL-C-S

---

FROM: 54652509
TO: Ninth Cir. COA Clerk
SUBJECT: 24-1315
DATE: 07/29/2024 12:10:44 PM

Dear Clerk,

Please file the enclosed motion for Stay of Mandate in C.A. No. 24-1315, & remit a file-stamped copy to me at the address below:

Respectfully submitted,

MAHSA PARVIZ (#54652509)
P.O. Box 5000
Tallahassee, FL 32314
mparviz1117@gmail.com
(972) 375-1202